District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jenkins, Appellant.

Argued March 17, 1970. *Harry L. Green, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *Paul W. Tressler,* Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jenkins, Appellant.

Submitted March 16, 1970. *Robert H. Malis,* and *Malis, Tolson & Malis,* for appellant; *Norris E. Gelman,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Johnson, Appellant.

 Argued March 17, 1970. *David Rudovsky,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.

 Submitted March 20, 1970. *Curtis P. Cheyney, III,* for appellant; *Arnold Gordon,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, Richard A. *Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order is reversed and the case remanded to the hearing court for the filing of a proper order in conformity with the Act of January 25, 1966, P. L. 1580 (1965) §10, 19 P.S. §1180-10 (Supp. 1969), which requires that "[t]he order finally disposing of the petition shall state grounds on which the case was determined and whether a federal or a state right was presented and decided." See *Commonwealth v. Naylor,* 437 Pa. 193, 262 A. 2d 146 (1970) ; *Commonwealth v. D'Angelo,* 438 Pa. 539, 264 A. 2d 405 (1970).

WRIGHT, P. J., dissents.

## Commonwealth *v.* Johnson, Appellant.